DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GAYLE HELMAN,**
Appellant,

v.

**BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP** f/k/a Countrywide Home Loans Servicing, LP,
Appellee.

No. 4D13-4105

[May 6, 2015]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Susan R. Lubitz, Judge; L.T. Case No. 502012CA006859.

Tony Lee Stabenow of The Stabenow Law Firm, PLLC, North Miami Beach, for appellant.

Emily Y. Rottmann and Sara F. Holladay-Tobias of McGuireWoods LLP, Jacksonville, and Kathleen H. Dooley of McGuireWoods LLP, Charlotte, for appellee.

PER CURIAM.

*Affirmed. See Pino v. Bank of New York*, 121 So. 3d 23 (Fla. 2013).

WARNER, GROSS and CONNER, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***